PHILLIP TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (510) 970-4813
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| NOELL SIERRA CRUMMETT,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-00593-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to file the certified administrative record be extended sixty (60) days from July 12, 2022, up to and including September 12, 2022. This is the Defendant's first request for an extension. On June 29, 2022, the undersigned counsel for the Commissioner confirmed this case is in the process of being prepared by the agency. The transcript, however, has not yet been completed and certified and more time is needed for the agency to complete the process. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated: July 6, 2022                      /s/ *Jesse S. Kaplan**

|   |   |   |
|---|---|---|
|   |   | (*as authorized via e-mail on July 6, 2022) |
|   |   | JESSE S. KAPLAN |
|   |   | Attorney for Plaintiff |

Dated:   July 6, 2022          PHILLIP TALBERT
                               United States Attorney
                               PETER K. THOMPSON (HI 5890)
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                     By:       /s/  *Mary Tsai*
                               MARY TSAI
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, defendant shall have an extension, up to and including September 12, 2022, to file the certified administrative record.

IT IS SO ORDERED.

Dated:   July 12, 2022                                     _____
                                                                                JEREMY D. PETERSON
                                                                                UNITED STATES MAGISTRATE JUDGE