**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**NOELL CRUMMETT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**-o0O0o-**

| | |
|---|---|
| **NOELL CRUMMETT,** | **No.    2:22-CV-00593-JDP** |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to November 2, 2022.

This is a second extension of two days (and the first was of only approximately one week, requested because of the "complexity" of the record and issues, counsel's other work, and counsel's being out of town for one day between now and the current due date.

1

Dated:   October 27, 2022                                  /s/     *Jesse S. Kaplan*
                                                           JESSE S. KAPLAN
                                                           Attorney for Plaintiff


Dated:  October 27, 2022                                    */s/ per e-mail authorization*

                                                           MARY TSAI
                                                           Special Assistant U.S. Attorney
                                                           Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, plaintiff is granted until November 2, 2022, to file a motion for summary judgment.


IT IS SO ORDERED.


Dated:    November 1, 2022                      _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE