PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (510) 970-4813
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NOELL SIERRA CRUMMETT,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-00593-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from December 19, 2022, up to and including January 18, 2023.  This is the Defendant's first request for an extension.

    Defendant requests this extension in order to further consider the nearly 1,000 page administrative record in light of the seven issues raised in Plaintiff's motion.  Further, the undersigned counsel for Defendant has recently had to take unanticipated leave for dental appointments, including additional leave this week.  In addition, the undersigned counsel has had five briefs due in the next three weeks, in addition to multiple, other litigation deadlines.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                              Respectfully submitted,

Dated:  December 14, 2022        /s/  Jesse S. Kaplan*
                                            (*as authorized via e-mail on December 14, 2022)
                                            JESSE S. KAPLAN
                                            Attorney for Plaintiff

Dated:  December 14, 2022        PHILLIP TALBERT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Office of Program Litigation, Office 7
                                            Social Security Administration

                             By:    /s/  Mary Tsai
                                            MARY TSAI
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 18, 2023, to filed her Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  December 14, 2022                                      
                                            JEREMY D. PETERSON
                                            UNITED STATES MAGISTRATE JUDGE