PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: 510-970-4864
      Facsimile: (510) 970-4813
      E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| NOELL SIERRA CRUMMETT,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:22-cv-00593-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended fourteen (14) days from January 18, 2023, up to and including February 1, 2023. This is Defendant's second request for an extension. Since the Court granted Defendant's first extension, counsel for Defendant has had to take leave for medical reasons, and has had to meet other, unanticipated deadlines in other matters. Defendant also requests this extension in order to further consider the nearly 1,000 page administrative record in light of the seven issues raised in Plaintiff's motion.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 11, 2023   /s/ *Jesse S. Kaplan*\*
(\*as authorized via e-mail on January 11, 2023)
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: January 11, 2023   PHILLIP TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:   /s/ *Mary Tsai*
MARY TSAI
Special Assistant U.S. Attorney

Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 1, 2023, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   January 11, 2023   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE