**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**NOELL CRUMMETT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **NOELL CRUMMETT,** | No.   2:22-CV-00593-JDP |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed]** |
| | **ORDER FOR EXTEN-** |
| | **SION OF TIME TO FILE** |
| | **PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **Kilolo Kijakazi, ACTING** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief be extended to March 20, 2023.

　　This is plaintiff's first extension request regarding this reply brief, but third for this case. However, the first two requests were of only approximately a week and of two days. This extension is requested because plaintiff's counsel underwent left hand surgery approximately 10 days ago,

[Pleading Title] - 1

must wear a brace for an unknown period, and must type essentially one-handedly, which is about 75 percent slower than normal, and the cross-motion to which he must reply is 41 pages.

Dated:  February 15, 2023                                            /s/     *Jesse S. Kaplan*
                                                                                   JESSE S. KAPLAN
                                                                                   Attorney for Plaintiff


Dated:  February 15, 2023                                              */s/ per e-mail authorization*

                                                                                   MARY TSAI
                                                                                   Special Assistant U.S. Attorney
                                                                                   Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, plaintiff is granted until March 20, 2023, to file a reply brief.

IT IS SO ORDERED.

Dated:   February 17, 2023                                  _____
                                                                                   JEREMY D. PETERSON
                                                                                   UNITED STATES MAGISTRATE JUDGE